# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02649

**ADVANCED CANNABIS SOLUTIONS, INC.,**

    Plaintiff,

v.

**STEPHEN G. CALANDRELLA,**

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Advanced Cannabis Solutions, Inc., and Defendant, Stephen G. Calandrella, by and through undersigned counsel, hereby stipulate to the dismissal, with prejudice, of this action between them. The parties agree that each party shall bear its own costs and fees.

Respectfully submitted this 29th day of December, 2014.

| | |
|---|---|
| *s/ Justin V. Shur* | *s/ Steve A. Miller* |
| Justin V. Shur | Steve A. Miller |
| MOLO LAMKEN LLP | STEVE A. MILLER, P.C. |
| 540 Madison Avenue | 1625 Larimer St., Ste 2905 |
| New York, New York 10022 | Denver, Colorado 80202 |
| Telephone: (212) 607-8160 | Telephone: (303) 892-9933 |
| Email: jshur@mololamken.com | Email: sampc01@gmail.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |